STATE OF NEW JERSEY v. MICHAEL CAPANO.

February 11, 1974. Petition for certification denied. (See 125 *N. J. Super.* 383)

STATE OF NEW JERSEY IN THE INTEREST OF P. F.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HILL.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID DEASE.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CANTONI.

February 11, 1974. Petition for certification denied.

BURLINGTON COUNTY MEMORIAL HOSPITAL v. GRACE BURRELL.

February 11, 1974. Petition for certification denied.